# COMPLAINT

### (for non-prisoner filers without lawyers)

USDC EDWI
FILED IN GREEN BAY DIV

DEC 2 7 2016

AT_____ O'CLOCK_____M
JON W. SANFILIPPO

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

**Lee T. Yang**

v.

(Full name of defendant(s))

**Valley Packaging Supply**

Case Number:

_____

(to be supplied by Clerk of Court)

A.   PARTIES

1.   Plaintiff is a citizen of _____**Wisconsin**_____ and resides at
(State)

**2889B Ontario Rd, Green Bay, WI 54311**
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant _____**Valley Packaging Supply**_____
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___

and (if a person) resides at __3181 Commodity Ln, Green Bay, WI 54304__ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Plaintiff, Lee Yang, worked for Valley Packaging Supply, a client of Randstad, in Green

Bay, Wisconsin.  On Wednesday, November 16, 2016, Lee had been assigned to train

with Chris on second shift at machine 20, a set-up involving gusset.  Shortly into the

shift, Lee had been informed by supervisor Kevin Larsen that he should not be training

there as his learning capability is not up to speed and was moved to another machine.

It was an ill-intent to damage Lee's self-esteem as his pace of learning was made aware

to Valley Packaging Supply over his time working there; Lee has an autistic nature.  On

Thursday, November 17, 2016, while assisting Don Deno on machine 18, Lee was

applying what he had learned during training.  About midshift, there was a malfunction

in the production line as there was an excess of ink showing in the finished product.

Complaint – 2

Quality control member Barb stopped by and Lee briefly informed her of the situation.

Shortly after, Lee was threatened by Don that he was going to make Lee's night tough.

On Friday, November 18, 2016, Lee informed Hannah Aho of Randstad and second shift supervisor, Kevin Larsen of Valley Packaging of the recent experiences with Valley Packaging. For the discussion with supervisor Kevin, he pulled Lee aside to discuss the personal matter, but made an off-comment remark to nearby employee, Don Berry, that the subject of conversation was going to be about Don Berry when it wasn't. When Lee mentioned that his learning style is more hands-on when observing and training with the machine operators, supervisor Kevin implied Lee was a homosexual on the spot as a form of humiliation to prevent him from making a complaint to the Equal Employment Opportunity Commission. At the end of the conversation, supervisor Kevin discussed about setting up a meeting along with first shift supervisor Eric and Lee for Wednesday, November 23, 2016 to further discuss and that he can notify supervisor Eric of the scheduling via email. Later that night, a hostile work environment was encountered by Lee as he was placed at a particular position in the plant by truck receiving/shipping door number 4 with the shutters fully open, occasionally bringing in a cold breeze throughout the night. On Tuesday, November 22, 2016, Lee was removed from his job after filing a discrimination and retaliation claim with the EEOC in Milwaukee. As a result, Lee has suffered lost wages and distress.

Case 1:16-cv-01708-WCG    Filed 12/27/16    Page 3 of 5    Document 1

## C. JURISDICTION

■ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Valley Packaging Supply to offer Lee Yang his job back and pay for lost wages,

compensatory damages and punitive damages.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____23____ day of _____December_____ 20 16 .

Respectfully Submitted,

_Lee Yang_ (signature)

Signature of Plaintiff

**920-461-4436**

Plaintiff's Telephone Number

**yang.lee.t@gmail.com**

Plaintiff's Email Address

**2889B Ontario Rd**

**Green Bay, WI 54311**

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5